[Cite as *Washington v. Sheldon, Warden*, 2019-Ohio-4108.]

COURT OF APPEALS
RICHLAND COUNTY, OHIO
FIFTH APPELLATE DISTRICT

|  |  | JUDGES: |
|---|---|---|
| JIMMIE L. WASHINGTON | : | Hon. W. Scott Gwin, P.J. |
|  | : | Hon. William B. Hoffman, J. |
| PETITIONER | : | Hon. John W. Wise, J. |
|  | : |  |
| -vs- | : |  |
|  | : | Case No. 19CA62 |
| ED SHELDON, WARDEN | : |  |
|  | : |  |
| RESPONDENT | : | OPINION |

CHARACTER OF PROCEEDING:          Writ of Habeas Corpus

JUDGMENT:                                        Dismissed

DATE OF JUDGMENT ENTRY:          October 3, 2019

APPEARANCES:

For Petitioner                                    For Respondent

JIMMIE L. WASINGTON #A690-456      DAVE YOST
Mansfield Correctional Institution        Attorney General of Ohio
P.O. Box 788                                      BY:  JERRI L. FOSNAUGHT
Mansfield, OH 44901                           Assistant Attorney General
                                                            Criminal Justice Section
                                                            150 East Gay Street, 16th Floor
                                                            Columbus, OH 43215

*Gwin, P.J.*

{¶1}    On July 2, 2019, Jimmie L. Washington filed a petition for Writ of Habeas Corpus on the basis that the Summit County Common Pleas Court's sentencing entry dated August 31, 2016 failed to properly advise him of post-release control. Mr. Washington also filed an Alternative Writ of Prohibition on August 22, 2019 setting forth the same argument. However, Mr. Washington conceded in his Alternative Writ of Prohibition that he was scheduled to be released from prison on August 26, 2019, and that if the Court did not render a decision before his release date, both writs would be moot.

{¶2}    The Court reviewed the Ohio Department of Rehabilitation and Correction's website (https://appgateway.drc.ohio.gov/OffenderSearch/Search/Details/A690456) and confirmed that Mr. Washington was released from the Mansfield Correctional Institution on August 26, 2019. Therefore, Mr. Washington's Writ of Habeas Corpus and Alternative Writ of Prohibition are dismissed as moot.

{¶3}    The clerk of courts is hereby directed to serve upon all parties not in default

notice of this judgment and its date of entry upon the journal. *See* Civ.R. 58(B).

By Gwin, P.J.,

Hoffman, J., and

Wise, John, J., concur